UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AUDREY DANDRIDGE                              NUMBER:

VS.

BIO-MEDICAL APPLICATIONS OF
LOUISIANA, LLC AND CUNA
INSURANCE COMPANY

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Bio-Medical Applications of Louisiana LLC ("BMA") (hereinafter referred to as "Remover") who, pursuant to 28 U.S.C § 1441 and 1446, respectfully files this Notice of Removal. In support of this removal, Remover asserts the following:

I.

On or about August 1, 2007, plaintiff filed this suit in the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana, which is now pending therein bearing Suit Number 36,465 Division B.

II.

This Notice of Removal is being filed within thirty (30) days after the receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief against Remover upon which the state court action or proceeding is based. Remover was served with this initial pleading through undersigned counsel on or about October 8, 2007.

III.

This suit is being removed less than one year after commencement of this action in state court.

IV.

Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Middle District of Louisiana, is the district and division within which the above described state court suit is pending.

V.

This court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because this action is between citizens of different states and the amount in controversy exceeds SEVENTY FIVE THOUSAND DOLLARS ($75,000), exclusive of costs and interests.

VI.

Plaintiff, upon information and belief, is a citizen of the State of Louisiana. BMA is a Delaware Corporation with its principal place of business in the State of Massachusetts.

VII.

Remover reasonably believes and avers that the amount in controversy in the above entitled action, exclusive of interest and costs, will exceed the jurisdictional amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000) set forth in 28 U.S.C. § 1332 and incorporated in 28 U.S.C. § 1441(a) which allows removal of state court suits to federal court.  Specifically, the state court petition alleges "serious and progressive injury to her

hand, which required surgery" and seeks damages for physical pain and suffering, mental anguish and grief, medical expenses, impaired productivity, permanent disability and/or impairment, and scarring and/or disfigurement.

VIII.

A copy of the state court's suit record and citation is attached to this Notice of Removal as Exhibit "A" *in globo*.

WHEREFORE, Remover prays that this Notice of Removal be accepted by this Honorable Court as good and sufficient and that this Court will enter such orders as may be proper in the premises.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By: _____
Erick Y. Miyagi, #22533
William H.L. Kaufman, #29929
451 Florida Street, 8th Floor
P. O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221

*Attorneys for Bio-Medical Applications of Louisiana LLC*

- CERTIFICATE OF SERVICE -

I certify that a copy of the foregoing was this day mailed, properly addressed and first-class postage prepaid, to Leo J. D'Aubin, 10641 Hillary Court, Suite 2, Baton Rouge, Louisiana 70810.

Baton Rouge, Louisiana, this 24th day of October, 2007.

_____
Erick Y. Miyagi

431538.1

3