CITATION
================================================================

## 18TH JUDICIAL DISTRICT COURT
## PARISH OF WEST BATON ROUGE
## STATE OF LOUISIANA

AUDREY DANDRIDGE

VERSUS CV-1036465 - B

FRESENIUS MEDICAL CARE NORTH AMERICA ET AL

THE STATE OF LOUISIANA AND SAID COURT

TO:
FRESENIUS MEDICAL CARE NORTH AMERICA AKA FMCNA, INC, AKA FMCNA
DIALYSIS CENTERS, WESTPORT, THROUGH ROBYN BOSCH, OR ANY EMPLOYEE
OF SUITABLE AGE AND DISCRETION LOCATED AT: 2500 COMMERCIAL DR
PORT ALLEN, LA 70767                    PHONE: 343-5753

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE

PETITION

FILED BY PLAINTIFF

IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH

ACCOMPANIES THIS CITATION, OR FILE YOUR ANSWER OR OTHER PLEADINGS

IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT

COURT, FOR THE SAID PARISH, AT THE CITY OF PORT ALLEN, LOUISIANA,

WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO

COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF DEFAULT

JUDGMENT AGAINST YOU.

WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN,
LOUISIANA, 08/06/2007.

*Charlotte Leto*
DEPUTY CLERK OF COURT


EXHIBIT A

AUDREY DANDRIDGE      NUMBER: 36465 DIV: B

VERSUS      18TH JUDICIAL DISTRICT COURT

FRESENIUS MEDICAL CARE      PARISH OF WEST BATON ROUGE
NORTH AMERICA, ET AL      STATE OF LOUISIANA

## PETITION

The petition of Audrey Dandridge, with respect represents that:

1.

Made defendants herein are FRESENIUS MEDICAL CARE NORTH AMERICA, aka FMCNA, INC., aka FMCNA Dialysis Centers, Westport, a corporation doing business in the parish of West Baton Rouge; and ABC INSURANCE COMPANY, a fictitious defendant named for the purpose of substitution upon discovery of the true identity of the insurance corporation providing insurance coverage for the injuries claimed herein.

2.

The defendants are indebted, in solido, unto petitioner for such damages as are hereafter specified for the following reasons:

3.

On or about August 7, 2006, Audrey Dandridge was a patient at the FMCNA Dialysis Centers, Westport, when she tripped and fell in a hole in the concrete on the premises of the FMCNA Dialysis Centers, Westport.

4.

On that date FRESENIUS MEDICAL CARE NORTH AMERICA, aka FMCNA, INC., aka FMCNA Dialysis Centers, Westport was responsible for the maintenance and operation of a dialysis center on the premises, providing dialysis services to a number of patients, including plaintiff.

5.

Audrey Dandridge was without fault or negligence in causing the accident, the sole and proximate cause of which was the negligence and/or strict liability of FRESENIUS MEDICAL CARE NORTH AMERICA, aka FMCNA, INC., aka FMCNA Dialysis Centers, Westport, which is itemized illustratively, but not exclusively, as follows:

    a) Failure to maintain the concrete on the premises

    b) Failure to repair the damage to the concrete on the premises

    c) Failure to provide adequate warning of the hazard created by the hole in the concrete

    d) Failure to take all necessary precautions to protect the plaintiff from injury

    e) Other acts of negligence, strict liability, or acts supporting other theories of recovery to be

proven at the trial of this matter.

6.

As a direct result of this accident, Audrey Dandridge suffered physical injuries, including but not limited to, a serious and progressive injury to her hand, which required surgery.

7.

Accordingly, Audrey Dandridge has suffered physical pain and suffering (past, present and future), mental anguish and grief (past, present and future), medical expenses (past, present and future), impaired productivity (past, present and future), permanent disability and/or impairment, and scarring and/or disfigurement.

8.

At the time of the accident, the defendant was insured by a policy of liability insurance provided by ABC INSURANCE COMPANY, which policy was in full force and effect, and provided coverage for the damages claimed herein.

WHEREFORE, petitioner prays that, after due proceedings had, judgment be rendered herein:

I. In favor of Audrey Dandridge and against all named defendants, in solido, in an amount sufficient to fully and fairly compensate Audrey Dandridge for all of the damages which petitioner has suffered, and which petitioner will suffer in the future, including but not limited to physical pain and suffering (past, present and future), mental anguish and grief (past, present and future), medical expenses (past, present and future), impaired productivity (past, present and future), permanent disability and/or impairment, and scarring and/or disfigurement;

II. In favor of Audrey Dandridge and against all named defendants, in solido, for interest as provided by law on all damages awarded and for all costs of these proceedings;

III. For all other just and equitable relief.

BY ATTORNEY:

*(signature)*

LEO J. D'AUBIN
10641 Hillary Court, Suite 2
Baton Rouge, Louisiana 70810
Telephone: (225) 819-9673
Bar Roll Number 4562


PLEASE SERVE:

FRESENIUS MEDICAL CARE NORTH AMERICA, aka FMCNA, INC., aka FMCNA Dialysis Centers, Westport
Through Robyn Bosch, or any employee of suitable age and discretion located at:
2500 Commercial Drive
Port Allen, LA 70767
Telephone number: 343-5753

CERTIFIED
TRUE COPY

| | |
|---|---|
| AUDREY DANDRIDGE | NUMBER: 36,465   DIV: B |
| | 18TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| | PARISH OF WEST BATON ROUGE |
| FRESENIUS MEDICAL CARE NORTH AMERICA, ET AL | STATE OF LOUISIANA |

## AMENDING AND SUPPLEMENTAL PETITION

NOW INTO COURT, through undersigned counsel, comes plaintiff, who shows that no answer has been filed to the petition, and who moves to amend and supplement the original petition previously filed herein as follows:

I.

To amend paragraph 1 to read as follows:

"1.

Made defendants herein are Bio-medical Applications of Louisiana, LLC, a limited liability company doing business in the parish of West Baton Rouge; and CNA INSURANCE COMPANY, an insurance company providing insurance coverage for the injuries claimed herein.."

II.

To substitute the name "Bio-medical Applications of Louisiana, LLC" throughout the petition in every place that "FRESENIUS MEDICAL CARE NORTH AMERICA, aka FMCNA, INC., aka FMCNA Dialysis Centers, Westport" is found.

III.

To substitute the name "CNA INSURANCE COMPANY" throughout the petition in every place that "ABC INSURANCE COMPANY" is found.

IV.

Plaintiff renews and reiterates all of the allegations and all of the prayers of the original petition, as amended and supplemented herein.

| | |
|---|---|
| **CERTIFICATE** | BY ATTORNEY: |
| I HEREBY CERTIFY that a copy of the above and foregoing was conveyed to all counsel of record and/or parties appearing in proper person on October 5, 2007, by email, fax, first class U.S. mail, postage prepaid, or by hand-delivery. | *[signature]* |
| | LEO J. D'AUBIN |
| *[signature]* | 10641 Hillary Court, Suite 2 |
| LEO J. D'AUBIN | Baton Rouge, Louisiana 70810 |
| | Telephone (225) 819-9673 |
| | Bar Roll Number 4562 |