UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AUDREY DANDRIDGE                    CIVIL ACTION NO. 3:07CV-785

VS.                                 SECTION:  Judge Frank J. Polozola

BIO-MEDICAL APPLICATIONS OF   MAGISTRATE: Magistrate Judge
LOUISIANA, LLC AND CUNA                        Stephen C. Riedlinger
INSURANCE COMPANY

## ORDER

Considering the foregoing Joint Consent Motion to Remand filed herein by Bio-

Medical Applications of Louisiana, LLC and Audrey Dandridge:

IT IS ORDERED, that the above entitled and numbered cause shall be and is

hereby remanded to the 18th Judicial District Court in and for the Parish of West Baton

Rouge, State of Louisiana, under suit number 36,465, Division "B."

Baton Rouge, Louisiana, this _____ day of February, 2008.


_____
MAGISTRATE JUDGE STEPHEN C. RIEDLINGER
JUDGE


certified copy to 18th JDC


446391.1